JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDARI-MOJAZ,<br><br>*Plaintiff,*<br><br>v.<br><br>ARREGUIN, et al.,<br><br>*Defendants.* | CASE NO.: 20-cv-00154-SHK<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>*Assigned to Hon. Shashi H. Kewalramani* |

The Court hereby **GRANTS** the party's stipulation to dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

It is so **ORDERED**.

DATED: __September 22__, 2022

By: _____

Hon. Shashi H. Kewalramani

U.S. Magistrate Judge